```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 01:03-CR-05271 OWW
                                 )
12                   Plaintiff,  )  MOTION AND ORDER TO DISMISS
                                 )  INDICTMENT
13        v.                     )
                                 )
14  JOSE ANTONIO ALDACO-LUGO     )
        aka Antonio Aldaco-Lugo, )
15                               )
                     Defendant.  )
16  _____)
```

17      Pursuant to Federal Rule of Criminal Procedure 48(a),
18 Plaintiff United States of America, by and through its attorneys
19 of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.
20 GARRIQUES, Assistant United States Attorney, hereby seek leave of
21 court and move to dismiss the indictment in this case without
22 prejudice, as to the above-named defendant, in the interest of
23 justice.

24 DATED: October 25, 2010            Respectfully submitted,
                                      BENJAMIN B. WAGNER
25                                    United States Attorney

26                                By: /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
27                                    Assistant U.S. Attorney

28

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:   October 25, 2010                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE